UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**DIANE T. ROGERS,**

    Plaintiff,

v.                                            Case No: 5:21-cv-164-CEM-PRL

**MINNESOTA LIFE INSURANCE COMPANY, FINANCIAL SERVICES ASSOCIATION and REGIONS BANK,**

    Defendants.

## ORDER

Before the Court is the parties' joint motion to conduct the mediation conference via videoconference. (Doc. 77). The parties recite that they seek this relief due to concerns related to COVID-19 as well as the need for some participants to travel.

Though an in-person mediation conference is preferable to one conducted via videoconference, because the motion is presented jointly by the parties the Court will grant the request. If a status conference or other hearing becomes necessary, it should be expected that in person appearances may generally be required. Upon due consideration, the motion to conduct the mediation via videoconference (Doc. 77) is **GRANTED**.

**DONE** and **ORDERED** in Ocala, Florida on August 5, 2022.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties